IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | No. C 12-06075 |
| Plaintiff,<br>v. | **CASE MANAGEMENT<br>SCHEDULING ORDER** |
| MARIA GUADA MENDOZA DE CORONA, | |
| Defendant.<br>_____/ | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Court held a Case Management Conference on May 9, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. ALTERNATIVE DISPUTE RESOLUTION.

SETTLEMENT CONFERENCE. The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of completing a settlement conference, to take place, ideally, within the next sixty (60) days.

2. FURTHER CASE MANAGEMENT CONFERENCE. A further case management conference will be held on **July 25, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The

1  parties shall file a Joint Case Management Statement at least one week prior to the Conference.
2  Scheduling of remaining dates will be done at this time.
3       IT IS SO ORDERED.
4  DATED:  5/9/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER