IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

J&J SPORTS PRODUCTIONS,   No. C 12-06075 RS

         Plaintiffs,   **STANDBY ORDER OF DISMISSAL**

  v.

MARIA GUADA MENDOZA DE CORONA,

         Defendants.
_____/

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **September 13, 2013.**  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **September 19, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 7/9/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE