Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARIA GUADA MENDOZA DE CORONA, <br><br> Defendant. | CASE NO. 3:12-cv-06075-RS <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT MARIA GUADA MENDOZA DE CORONA A/K/A MARIA CORONA, individually and d/b/a SAN PABLO BILLIARD & MEXICAN RESTAURANT |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant MARIA GUADA MENDOZA DE CORONA A/K/A MARIA CORONA, individually and d/b/a SAN PABLO BILLIARD & MEXICAN RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against MARIA GUADA MENDOZA DE CORONA A/K/A MARIA CORONA, individually and d/b/a SAN PABLO BILLIARD & MEXICAN RESTAURANT and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 29, 2013, the dismissal shall be deemed to be **with prejudice.**

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: July 8, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

GOFORTH & LUCAS
By: Christopher R. Lucas
Attorneys for Defendant
MARIA GUADA MENDOZA DE CORONA A/K/A MARIA CORONA, individually and d/b/a SAN PABLO BILLIARD & MEXICAN RESTAURANT

IT IS SO ORDERED:

The Honorable Richard Seeborg
United States District Court
Northern District of California

Dated: July 12, 2013

STIPULATION OF DISMISSAL
3:12-cv-06075-RS
PAGE 2